THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY SHEFTMAN, Relator, Appellant, v. EUGENE J. McGUIRE, as Sheriff of Bronx County, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and sustain the writ.

TOMAS SUBIRANA, Respondent, v. LOUIS DE L'AIGLE MUNDS, etc., and Others, Appellants.— Order entered February 8, 1939, so far as appealed from unanimously modified by requiring, in addition to the items already ordered, the following: With respect to item 1, give the name under which plaintiff did business and the street address of such for the twenty years preceding 1935; with respect to item 2, subd. (a), state the person or persons " representing the defendants " who it is claimed requested plaintiff to terminate and surrender his business; with respect to item 3, set forth " a balance sheet of plaintiff's business at the date of such termination; " with respect to item 4, state the names and addresses of customers or clients plaintiff claims to have surrendered to defendants; with respect to item 5, give the names of defendants and their employees who plaintiff claims to have instructed in the business and to whom he claims to have imparted technical knowledge. Items 6, 9, 14 and 18 granted in full. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

TOMAS SUBIRANA, Respondent, v. LOUIS DE L'AIGLE MUNDS, etc., and Others. Appellants.— Order entered March 14, 1939, so far as appealed from, modified by denying the motion to strike out the defense of the Statute of Frauds with respect to the second cause of action, and as so modified affirmed. (See *Dung* v. *Parker*, 52 N. Y. 494.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents.

ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, Respondent, v. GAYNOR & ROSENBLUM, INC., Appellant.— Order unanimously modified by eliminating the provisions which direct the defendant to produce " certified copies " of its complete Federal and State income tax returns and by requiring only the production of all information regarding its payroll accounts from copies of its Federal and State income tax returns for the years 1935 and 1936 (*Ocean Accident & Guarantee Corp.* v. *Marcus Contracting Co.*, 226 App. Div. 789, and *Globe Indemnity Co.* v. *Saggese Strunsky, Inc.*, 236 id. 828), and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JULIUS H. BRAUNSTEIN, etc., v. MINNA BRAUNSTEIN.— Motion for leave to appeal to the Court of Appeals or to resettle order denied. [See *ante*, p. 206.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of JOSEPH KIMMEL for a Peremptory Order against EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.